# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES ADEMIJU, : | |
| Petitioner : | |
| : | CIVIL ACTION NO. 3:19-1481 |
| v. : | |
| : | (Judge Mannion) |
| CRAIG LOWE, Warden, : | |
| Respondent : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner is **GRANTED** *in forma pauperis* status only for purposes of filing the petition.

2. The petition is **DEEMED** filed.

3. The petition for writ of habeas corpus, (Doc. 1) is **DISMISSED** for lack of jurisdiction.

4. The Clerk of Court shall **CLOSE** the above captioned case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: August 27, 2019**
19-1481-01-ORDER